v.

## OCINOMLED, LTD., Emeril's Food of Love Productions, LLC, Appellees

2015–1939

United States Court of Appeals, Federal Circuit.

June 15, 2016

## Francis A. MITHEN, Petitioner

v.

## DEPARTMENT OF VETERANS AFFAIRS, Respondent

2015–3191

United States Court of Appeals, Federal Circuit.

June 15, 2016

Kurt Patrick Cummiskey, Kurt Cummiskey Attorney at Law LLC, St. Louis, MO, argued for petitioner.

Amelia Lister-Sobotkin, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Elizabeth Hosford; Paul K. Petraborg, Office of Regional Counsel, United States Department of Veterans Affairs, St. Louis, MO.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Plager and Lourie, Circuit Judges).

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**